# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 158 MM 2015

      Respondent            :

           v.           :

KEVIN JAMES NEELY,        :

      Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of November, 2015, the Application for Leave to Exceed Word Limitations is **DENIED**. Petitioner is **DIRECTED** to file a compliant Petition for Allowance of Appeal within 30 days.